

12112 FM 848
Tyler, Texas 75707
June 26, 1018

Honorable John D. Love
U. S. Magistrate
William M. Steger Federal Bldg.
And United States Courthouse
211 W. Ferguson Room 210
Tyler, Texas 75702

Clerk, U.S. District Court
Texas Eastern

Re: Larry Coleman Hicks

Dear Judge Love,

On May 21, 2018, I was not home, but was at our shop, Hicks Repair on Hwy. 64E, when I began getting phone calls from neighbors and passersby that there were two, then four, then eight, then twenty or thirty cops in the front yard at my house. Then they called and said that there was a military type TANK at my front door and was pushing the door in. I feared that they were going to demolish my house. I was so horrified that I didn't want to come home and my daughter, Carla Davis, said she would come. They said my son, Larry was in the house and wouldn't come out. My daughter came to the house and asked them to let her come in and get him to come out. They refused to let her come in. They did ask her if there was a gun in the house and she called me to see if there was a gun in the house. At first, I said "no" but then remembered there was a little 22 revolver in my bedroom on top of a chest about 6 feet tall behind a decorative board and told her where it was. I had forgotten about it and had not seen it in some time.

The entire episode came up because of a parole officer having come to my house unannounced. He had no appointment and did not call. I do not know if he rang the doorbell or not but Larry said he obviously went into the back yard and came running back and ran into the garage holding what Larry said he determined later was his phone and was taking pictures of Larry inside the house. Larry said didn't know who he was and stepped out to see who was taking pictures of him and tried to take the phone. He said the man then reached behind him and he thought he was reaching for a gun. I think he said the man later said he was reaching for his gun. Larry said he stepped back into the house and shut the door. Larry did not recognize the man. He was in plain clothes and was driving a small white unmarked car. He had no warrant and evidently called for backup from Smith County. I do believe they did get a warrant several hours later and got two other warrants the next day. Larry said he repeatedly asked them to at least slip the warrant under the door. They would not do that.

They tore my screen door down breaking the ornamental decoration on the screen door, pushed my ornamental post back, broke the lock on my front door and made huge ruts in my front yard with the tank. My family barred my front door for the night until I could get it fixed. From the information I was getting, I had feared that they were going to totally destroy my house.

This could have all been avoided if the man had made an appointment or called and most certainly if he had identified himself rather than running into my house taking pictures. It would be alarming to have a strange man running into your house taking pictures and you had no idea who he was.

Sincerely,

*Colleen D. Hicks*
Colleen D. Hicks

Cullen A Rich
12112 FM 848
Tyler, Tex 75707

Honorable John A Love
U.S Magistrate
William M. Steger Federal Bldg
and United States Court House
211 W. Ferguson Room 210
Tyler, Texas 75702