6:18CV308

TO THE HONORED JOHN D. LOVE - U.S. MAGISTRATE,

July 9, 2018

Your Honor, The Smith Co Jail Provides me with a Notary Public, However, They Expect Me To Send The Very Document They Notarize. I Want To Patent Something In The Automotive Industry That Will Be Worth A Hundred Million Dollars At Least. Just So You Understand Exactly What It Will Be Dealing With, It Involves The Drivetrain And Axles.

Most Sincerely,

Larry Hicks



July 9, 2018

Your Honor, Karl Gentry Is Probably The One Who, Using His Password And Personal, Office's Computer, And Possibly With ~~Help~~ His Supervisor, Received The Blue Warrant That He Then Gave To Deputy David Biggs To Be Used As Retaliation For Not Allowing Him To Photograph Me Half Naked In Shorts And A T-Shirt, In Which, You Will Not Ever Find A Single Photo Of Myself Anywhere, Not Even On The Internet, Or Throughout My Childhood, Which, I Can Prove With An Entire Box Full Of Childhood Family Fotos, Because It Isn't Right By The Lord, And I Feel Extremely Uncomfortable About My Picture Being On Any Electronic Device, And Karl Gentry Has Taken The Photo In Question And Placed ~~It~~ It In TDCJ's Computer System, And It Is Evidence In The Honored 114th, 7th, And Even In The Child Molester's 241st District Courts, And That Means ~~Matt Bingham~~ The District Attorney's Office, As Well As The (3) Three Judges And Matt Bingham Himself All Have Illegal Evidence In Their Cellphones Because ~~Everyone Keeps Illegal Evid~~ Everyone Knows That Everyone Keeps

ILLEGAL EVIDENCE HIDDEN AWAY ON THEIR CELLPHONES, WHICH IS WHY THE UTAH FACILITY WAS BUILT.

YOUR HONOR, ~~HERE IS THE~~ ENCLOSED IS THE "VIDEO STILL PHOTOGRAPH" OR SIMPLY A "PHOTOGRAPH," I'M NOT SURE WHICH METHOD OF PHOTOGRAPHY HE CHOSE ON HIS iPHONE, WHICH HE CLAIMED IS STATE-ISSUED IN HIS PAROLE REVOCATION REPORT IN THE PAROLE PACKET THEY HAVE DELIVERED TO ME ~~FLOOR~~ (3) THREE TIMES, ALL IN VIOLATION OF MY CONSTITUTIONAL RIGHT OF DUE PROCESS.

PLEASE CONFISCATE ALL OF THEIR PHONES, COMPUTERS, AND ANY ELECTRONIC DEVICES NECESSARY TO RETRIEVE THE PHOTO THAT WAS TAKEN ILLEGALLY BY KARL GENTRY. AND IF YOU THINK I HAVE A VALID LAWSUIT AGAINST THE PAROLE DIVISION, VIA, KARL GENTRY, OR JUST KARL GENTRY HIMSELF, OR HE AND THE TYLER DISTRICT PAROLE OFFICE, OR A COMBINATION OF ANY OR ALL (3) THREE, PLEASE OPEN THE SUIT OR SUITS. I WOULD ALSO LIKE TO OPEN A LAWSUIT AGAINST STANLEY GAINES, MARK MCCHESNEY, CHRISTINE HOLT AND SHELLA COLEMAN OF THE TYLER DISTRICT PAROLE OFFICE. I WOULD ALSO LIKE TO OPEN LAWSUITS AGAINST PAMELA THIELKE AND DENNIS ANDERSON OF THE PAROLE DIVISION.

MOST SINCERELY,

LARRY HICKS



