CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 13 2018
EASTERN DIST. OF TEXAS

August 10, 2018

Honored Thad Heartfield and John D. Love

Your Honor, I am ordering you to order the State Court to recuse itself, because it is unable to overcome prob to its inability to establish probable cause via the parole preliminary hearing.

Most Sincerely,

Larry Dude Hicks

Larry Dube Nicks
206 E Elm
Tyler, Tx 75702

75702-722280

Honora John D. Love- U.S. Magistrate Judge
211 W. Ferguson Rm 211
Tyler, TX 75702

SMITH COUNTY INMATE MAIL

Barn Swallow
FOREVER USA