CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 15 2018
EASTERN DIST. OF TEXAS

August 13, 2018

Honorable John D. Love - U.S. Judge, Magistrate.

August 13, 2018

    Your Honor, Mark Stinecipher and Karl Gentry are somehow related, possibly through his wife Mia, which explains why the car Karl Gentry drove across the street, from Mark's house to mine (to perform his illegal activity of videoing me through the windows masturbating), is always parked at Mr. Stinecipher's house and most definitely means Karl Gentry is also participating in the ongoing, years-long, surveilling of me and my family via high-powered surveillance equipment obtained through the Texas Department of Public Safety via Spc. Agent Chris Harrison. It is also "known" that Harrison did have a warrant to do this, but it expired, and "they", since, have been using it for personal gain.

    Your Honor, if you do not do something soon, I promise I will do everything in my power to have you removed from the bench.

                      Most Sincerely, CV-308

                      Larry Coleman Hicks

PS,

    The Father in Heaven said you are contemplating helping them instead of me because they're judges and I'm a criminal, but He said He'd help me conquer you just like He's helping me conquer them if that's what it takes.

David O'Toole,

August 13, 2018

Please deliver the enclosed document directly to the judge personally.

Thank you.

Most sincerely,
CV-308
Larry Coleman Hicks

Lanny Coleman Nicks # 62609
200 E Rusk
Tyler, TX 75702

HONORABLE JOHN D. LOVE U.S. JUDGE MAG
211 W. Ferguson Rm. 210
Tyler, TX 75702

SHREVEPORT LA 710
14 AUG 2015 PM 3