"No Access To Court"

Honorable Thad Heartfield                    Re: Pro Se Motion With
United States District Judge                 Order Attached

Larry Coleman Hicks
v.                          Civil Action No. 6:18 - CV-308
Matt Bingham

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 22 2018

BY
DEPUTY

Motion To Formally Charge

August 20, 2018

I.

I, Larry Coleman Hicks, Am Being Illegally
Detained By The Honorable 114th State District
Court Under The Guise Of A "Fictitious" Blue Warrant
That Was Mysteriously Used To Obtain The Two (2)
Warrants Signed By The Honorable Judge Kerry L.
Russell, And The Blue Warrant Has Yet To Be Included
In The District Clerk's File As The "Method Of Discovery"
Of The Evidence In Cause Numbers 114-0975-18, And
114-0976-18, However, The Tyler District Parole Office,
With The Conspiritorial Help Of The Honorable
Judge Christi Kennedy, Using The Color Of Her
Office The Honorable 114th State "Judicial" District
Court, Located At Room 212 In The Smith County Court-
house, Is Vigorously Attempting To Validate, "Build",
The Blue Warrant's Probable Cause By Allowing The
Parole Division To Continuously Violate The Miranda
In An Attempt To Exhonorate Itself By Overcoming
The Actions Of One Employee, Parole Officer, Karl
Gentry, Through A Conspiracy Between The Honorable
Judge Christi Kennedy, The Honorable 114th State "Judicial"
District Court, The Tyler District Parole Office, And
Parole Officer Karl Gentry.          [Page 1 of 2]

II.

Larry Coleman Hicks, Plaintiff, Is Hereby Requesting That All Guilty Parties, Individuals, Be Imprisoned.

III.

Plaintiff Will Attach His Motion To Subpoena The Devices; Cellphones; Tablets; Desktops; Etcetera, Used To Conduct The Conspiracy.

IV

Plaintiff's Proof Of The Conspiracy Is The Compilation Of Everything Plaintiff Has Sent To The Federal Courts Therefore, Plaintiff Chooses To Put Everything In Every Suit.

V.

In Prayer, Plaintiff, Larry Coleman Hicks, Prays The Hundred That Heartfied Will Make The Arrests.

Most Sincerely, Larry Coleman Hicks

[Page 2 of 2]

ORDER   (PRO SE - No Access To Court)

DATE ORDERED: _____

EFFECTIVE DATE: _____

HONORED JUDGE: _____

[PAGE 1 OF 1]

Dear Ms. Graves,                              August 20, 2018

Please Deliver Motion with Order Attached to the Hand of U.S. District Judge Thad Heartfield To Be Heard And Ordered.

                    Most Sincerely, Larry Coleman Hicks

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 22 2018
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

LARRY COLEMAN NICKS
SMITH COUNTY JAIL # 2602
2020 E. ELM
TYLER, TX 75702

NORTH TEXAS TX P&DC
DALLAS TX 750
20 AUG 2018 PM 7 L

FOREVER USA

SMITH COUNTY INMATE MAIL

To: THE HONORED JUDGE HEARTFIELD
300 WILLOW STREET
BEAUMONT TX 97701

77701-221762

Barn Swallow